**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| WAREES MALACHI MOTHERSHED-BEY-BEY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-26-288-G ) |
| CANIK USA, LLC, et al., | ) ) |
| Defendants. | ) |

## ORDER

Now before the Court is a Partial Motion to Dismiss (Doc. No. 11) filed by Defendants Canik USA, LLC, Century Arms, Inc., and Century International Arms, Inc. Also before the Court is Partial Motion to Dismiss (Doc. No. 20) filed by Defendants Academy Sports & Outdoors, Inc. and Academy, Ltd. Both Motions seek dismissal of claims raised in Plaintiff Warees Malachi Mothershed-Bey-Bey's initial pleading (Doc. No. 1-1).

Plaintiff has now timely filed an Amended Complaint (Doc. No. 27). Plaintiff's Amended Complaint supersedes the original pleading and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Partial Motions to Dismiss (Doc. Nos. 11, 20) are DENIED as moot.

IT IS FURTHER ORDERED that Defendants Academy Sports & Outdoors, Inc. and Academy, Ltd.'s Motion for Extension of Time (Doc. No. 13) is DENIED as moot.

IT IS SO ORDERED this 3rd day of April, 2026.

CHARLES B. GOODWIN
United States District Judge